Certificate Number: 05781-MIE-DE-041563233

Bankruptcy Case Number: 26-51030

05781-MIE-DE-041563233

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2026, at 10:27 o'clock AM PDT, Darrick Ervin Ii completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: October 15, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President